UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAMLA WATI,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**JACOB LEW,**<br><br>   Defendants. | Case No.: 14-cv-3808-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION AND SETTING ORDER TO SHOW CAUSE HEARING FOR FEBRUARY 6, 2015** |

Plaintiff filed the instant complaint on August 21, 2014. As of the date of this Order, however, plaintiff has yet to serve defendant. Accordingly, the Court **VACATES** the case management conference set for January 12, 2015.

Pursuant to Federal Rule of Civil Procedure 4(m), a defendant *must* be served within 120 days from the date the lawsuit was filed. The 120-day deadline has passed. For this reason, the Court hereby **ORDERS** plaintiff to show her continued intent to prosecute this action. A hearing on plaintiff's continued intent to prosecute shall be held on **Friday**, **February 6, 2015** at 9:00 a.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **January 30, 2015,** plaintiff must file either (1) a statement confirming her continued intent to prosecute this action and proof of service on defendant; or (2) a statement that she does not intend to prosecute this action. If the Court is satisfied with plaintiff's response, she need not appear and the hearing will be taken off calendar. Failure to file either of the

statements set forth above shall be deemed a declination to pursue this action, and the case will therefore be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  January 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**