# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAMLA WATI,**<br><br>           Plaintiff,<br><br>     vs.<br><br>**JACOB LEW,**<br><br>           Defendants. | Case No.: 14-cv-3808-YGR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

Plaintiff filed the instant complaint on August 21, 2014. As of the date of this Order, however, plaintiff has yet to serve defendant. On January 7, 2015, this Court issued an order directing plaintiff to show continued intent to prosecute this action, and set a show cause hearing for February 6, 2015 relating to the same. (Dkt. No. 6.) The Court ordered that plaintiff file a statement confirming either her intent to continue to prosecute this case, or her intent to forego prosecuting this case no later than January 30, 2015. The Court stated expressly that plaintiff's failure to file either of these statements shall be deemed a declination to pursue this action, and that the case would therefore be dismissed without prejudice. (Dkt. No. 6.) No statement was filed. On February 6, 2015, plaintiff did not appear for the Order to Show Cause hearing.

Accordingly, this action is Dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**